## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## OXFORD DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                                          CIVIL ACTION NO.   3:23-CV-396-GHD-RP

IRIS PEGUES                                                 DEFENDANT

### CONSENT JUDGMENT

This consent judgment is entered into between the United States of America, acting

through the United States Department of Justice and on behalf of the United States Small

Business Administration ("SBA") (collectively the "United States"), and Defendant Iris Pegues.

The parties stipulate and consent to the entry of judgment in favor of the United States of

America against Defendant Iris Pegues on the basis of violations of the False Claims Act, U.S.C.

§3729-3733, in the sum of $39,577.26, which sum specifically includes two loans totaling

$34,577.26 (the amount of loan #3979988602 plus interest through the date of forgiveness

($14,929.35) and loan #9708868901 plus interest through the date of forgiveness ($19,647.91))

for the Paycheck Protection Program loans and $2,500.00 for each of the bank's processing fees,

for a total of $5,000.00 in processing fees.  Post judgment interest shall accrue at the legal rate

pursuant to 28 U.S.C. § 1961(a) and shall be computed daily and compounded annually until

paid in full, but without costs to either party.  Defendant Iris Pegues agrees that the sum owed,

$39,577.26, plus interest, is due and payable in full immediately.  Defendant also agrees to pay a

separate $402.00 filing fee pursuant to 28 U.S.C. § 2412(a)(2).

Provided, however, execution shall not issue upon this judgment as long as Defendant

Iris Pegues pays to the Department of Justice, through the United States Attorney, 900 Jefferson

Avenue, Oxford, Mississippi 38655, an agreed upon minimum monthly payment each and every month until this judgment is satisfied. The amount of this payment shall be subject to review and modification not less than annually. This debt shall also be included in the Treasury Offset Program so that any federal monies owed to Defendant Iris Pegues will be credited to her outstanding debt.

IT IS SO ORDERED this the 26ᵗʰ day of _October_ 2023.

_____
UNITED STATES DISTRICT JUDGE

PREPARED BY AND AGREED TO:

CLAY JOYNER
United States Attorney

BY: _____
JOHN E. GOUGH, JR. (MSB #10351)
Assistant United States Attorney
900 Jefferson Avenue
Oxford, Mississippi 38655-3608
Ph: (662) 234-3351
Fax: (662) 234-3318
Email: john.gough@usdoj.gov
*Attorney for Plaintiff United States of America*

AGREED TO:

_____
IRIS PEGUES, *Pro Se Defendant*